UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| POR MOUA,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>STATE OF MINNESOTA,<br><br>　　　　　　Respondent. | Case No. 17-cv-4600 (MJD/SER)<br><br><br>**REPORT AND RECOMMENDATION** |

　　　　Petitioner Por Moua filed a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus for the District Court and a Notice of Appeal to the Court of Appeals for the Eighth Circuit. ECF Nos. 1, 5. For the reasons outlined below, it appears that Moua intended to file this case before the Eighth Circuit Court of Appeals. The Court therefore recommends that the case be transferred there.

　　　　Previously, Moua has been informed that he may not file another 2254 petition for habeas relief challenging his state court conviction in this Court without first obtaining authorization from the Eighth Circuit Court of Appeals. *See Moua v. State of Minn.*, 2014 WL 4659645 *2 (D. Minn. 2014); *Moua v. State of Minn.*, 15-cv-4507 (JRT/SER), ECF No. 7 at 3. In this case, Moua has filed the forms for both a 2254 petition in the District Court (ECF No. 1) and a Notice of Appeal to the Eighth Circuit (ECF No. 5). The form entitled "Notice of Appeal" to the Eighth Circuit states that he is seeking to appeal an order or judgment in the "District of Minnesota that was entered on 07-02-2017." [1] ECF No. 5. Given Moua's *pro se* status and the Court's previous

---

[1] This Court has previously declined to transfer Moua's case because it did not appear that Moua could meet the criteria for authorization of a second or successive petition. *See Moua v. State of Minn.*, 15-cv-4507 (JRT/SER) at ECF No. 7 at n.2.

instructions to him, the Court will liberally construe the conflicting filings and conclude that Moua intended to seek preauthorization for a second or successive habeas petition from the Eighth Circuit Court of Appeals. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004) (regarding liberal construction of *pro se* complaints). The Court therefore recommends that this case be transferred to the Eighth Circuit Court of Appeals. *See* 28 U.S.C. § 1631; *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED THAT this action be TRANSFERRED to the Eighth Circuit Court of Appeals.

Dated: November 15, 2017          s/ *Steven E. Rau*
                                  Steven E. Rau
                                  U.S. Magistrate Judge

## NOTICE

Filing Objections: This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).