# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| POR MOUA, <br><br> Petitioner, <br><br> v. <br><br> STATE OF MINNESOTA, <br><br> Respondent. | Case No. 17-cv-4600 (MJD/SER) <br><br><br> **ORDER** |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action be TRANSFERRED to the Eighth Circuit Court of Appeals.

Dated:  December 20, 2017                              *s/Michael J. Davis*
                                                                             Michael J. Davis
                                                                             United States District Court Judge